IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| \ ) | |
| VS. ) | No. 06-cr-20280-02-JDB |
| ) | |
| AYLENE JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER DIRECTING RELEASE OF DEFENDANT

This Court has previously ordered defendant Aylene Johnson detained pending further proceedings in this cause. At the bail hearing, however, this Court orally expressed a preference that this defendant be placed in a restrictive drug treatment facility. However, there were no spots available at that time, meeting these needs.

However, the Court has been advised by Pre-Trial Services that a place has now been found, meeting the Court's requirements.

Accordingly, it is **ORDERED** that defendant Aylene Johnson be **RELEASED,** subject to the following requirements:

1. That she immediately go to the Lighthouse Mission Ministries, 3647

Orchi, Memphis, Tennessee, to enter and remain in a residential drug treatment program provided at that location.

2. That she remain in this program for for as long as it is deemed advisable by Pre-Trial Services.

3. Otherwise, the conditions set forth in the earlier Order releasing defendant Aylene Johnson are hereby **REINSTATED.**

It is so **ORDERED.**

ENTER this 28th day of December, 2006.

                                                S/James H. Allen
                                    UNITED STATES MAGISTRATE JUDGE